

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

Ramon Quiroga,                                 * From the 244th District Court
                                                 of Ector County, Texas
                                                 Trial Court No. C-40,472.

Vs. No. 11-16-00229-CR                   * September 8, 2016

The State of Texas,                             * Per Curiam Memorandum Opinion
                                                   (Panel consists of: Wright, C.J.,
                                                   Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.